UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEIDI L. GATHEN,
individually and on behalf of
those similarly situated,

 *Plaintiff,*

v.

RABIN PARKER GURLEY. P.A.,

 *Defendant*

_____/

CASE NO.:

**Defendant's Notice for Removal**

**TO:** The Honorable Judges of the United States District Court for the Middle District of Florida.

 COME NOW, Defendant and Petitioner for removal, Rabin Parker Gurley, PA, and with reservation of all rights, hereby removes from the County Court in and for Pinellas County, Florida, the proceeding entitled and captioned: **_Gathens v. Rabin Parker Gurley, PA_**, Case No. **22-001455-CI** on the basis of federal question jurisdiction.

The Petition is based on the following grounds:

1. Defendant/Petitioner, has been named as Defendant in a civil action brought against it in the County Court in and for Pinellas County, Florida, the proceeding entitled and captioned: **_Gathens v. Rabin Parker Gurley, PA_**, Case

No. **22-001455-CI**. A copy of the Complaint serviced in that action, in addition to all process and pleading served upon Defendant/Petitioner, is attached hereto as Exhibit "A".

2. The aforesaid action was commended by service of process consisting of the Summons and Complaint, upon Defendant, on April 19, 2022.

3. The controversy herein between the Plaintiff and Defendant, is a controversy *inter alia* based upon consumer protection rights created by and enforced through a federal statute, 15 U.S.C. §1692 *et. seq.* entitled the Fair Debt Collection Practices Act.

4. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one that may be removed to this Court by Defendant/Petitioner pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5. This Petition for Removal is filed with this Court within thirty (30) days after service on Defendant of the Complaint in the above-styled action and is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

WHEREFORE, Defendant, respectfully requests that the above-entitled action be removed from the County Court in and For Hillsborough County, Florida, to the United States District for the Middle District of Florida for all further proceedings.

Respectfully Submitted,

/s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Fax: (813) 251-3675
cmchale@gsgfirm.com
Counsel for Defendant